March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Jamie A.D. Scott

               Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE**

_____-CR-_____ (___) (___)

21m3771

Defendant ___Jamie A.D. Scott___ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

  ☒   Initial Appearance/Appointment of Counsel

  ___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

  ___   Preliminary Hearing on Felony Complaint

  ___   Bail/Revocation/Detention Hearing

  ___   Status and/or Scheduling Conference

  ___   Misdemeanor Plea/Trial/Sentence

___/s/ Jamie A.D. Scott___

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jamie A.D. Scott

Print Defendant's Name

_____

Defense Counsel's Signature

Jeremy Schneider

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___4/7/2021___

Date

_____

U.S. Magistrate Judge